# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ruben Betancourt-Hernandez**; DOB: 1987; Mexican Citizen<br>**Jefferson Ahumada-De La Cruz**; DOB: 1990; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>16-01807MJ |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about September 13, 2016, at or near Sonoita, in the District of Arizona, **Ruben Betancourt Hernandez** and **Jefferson Ahumada De La Cruz**, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On Tuesday, September 13, 2016, Border Patrol agents from the Sonoita Border Patrol office initiated tracking of five individuals' footprints from the border area south of Sonoita to the eventual apprehension of two subjects. The subjects were apprehended near Sutherland Peak, approximately 3.5 miles north of the border in the Sonoita area. The two individuals were later identified as Ruben BETANCOURT-Hernandez and Jefferson AHUMADA-De La Cruz. At the scene, agents seized two bundles of marijuana and two rifles, an AK-47 and an AR-15. The bundles and weapons were underneath some brush. AHUMADA was 15 meters away from the stash when apprehended and BETANCOURT was approximately 10 meters from the stash when apprehended. BETANCOURT and AHUMADA were taken into custody. When agents inspected their shoes, both subjects' shoes matched the two sets foot of prints they were tracking. A representative sample of the contents of the bundles was field tested and yielded positive results for marijuana. The two bundles of marijuana weighed approximately 40 kilograms.

After waiving his *Miranda* rights, AHUMADA stated that he carried a bundle of marijuana and the AK-47 rifle from a location south of the border to the location near Sutherland Peak where he was detained by Border Patrol agents. AHUMADA also stated that BETANCOURT transported a bundle of marijuana while carrying the AR-15 rifle to the arrest location. AHUMADA also stated that this was the second time he worked for the organization in Mexico to transport narcotics. AHUMADA stated that he and BETANCOURT carried the rifles for protection purposes only and that no other individuals handled the rifles except AHUMADA and BETANCOURT.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**DETENTION REQUESTED**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
LCL/am
AUTHORIZED AUSA Lawrence C. Lee

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
DHS Spec Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
September 14, 2016

[1] See Federal rules of Criminal Procedure Rules 3 and 54